**UNITED STATES COURT OF INTERNATIONAL TRADE**                                  **FORM 3**

| | |
|---|---|
| DUPONT TEIJIN FILMS CHINA LIMITED, DUPONT HONGJI FILMS FOSHAN CO., LTD., DUPONT TEIJIN HONGJI FILMS NINGBO CO. LTD., and DUPONT TEIJIN FILMS U.S. LIMITED PARTNERSHIP, | **S U M M O N S** |
| Plaintiffs, | Case No. 13-00229 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**TO:**   The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

        L.S.                                                              _____
                                                                                    Clerk of the Court

---

1. Name and Standing of Plaintiffs

   Plaintiffs DuPont Teijin Films China Limited, DuPont Hongji Films Foshan Co., Ltd., and DuPont Teijin Hongji Films Ningbo Co., Ltd. are foreign manufacturers of the subject merchandise. Plaintiff DuPont Teijin Films U.S. Limited Partnership is an importer of subject merchandise. Plaintiffs were parties in the Department of Commerce's administrative review of *Polyethylene Terephthalate Film, Sheet, and Strip from the People's Republic of China*, and are therefore interested parties within the meaning of 19 U.S.C. § 1677(9)(A). Plaintiffs have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A).

2. Brief Description of Contested Determination

   Plaintiffs contests the final results of the International Trade Administration, U.S. Department of Commerce, in *Polyethylene Terephthalate Film, Sheet, and Strip from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2010-2011*, 78 Fed. Reg. 35,245 (June 12, 2013).

3. <u>Date of Determination</u>

June 5, 2013

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

June 12, 2013 (78 Fed. Reg. 35,245)

Alexander H. Schaefer, Esq.
Hea Jin (Jini) Koh, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500
aschaefer@crowell.com
jkoh@crowell.com

*Counsel for DuPont Teijin Films China Limited, DuPont Hongji Films Foshan Co., Ltd., DuPont Teijin Hongji Films Ningbo Co. Ltd. and DuPont Teijin Films U.S. Limited Partnership*

/s/ Alexander H. Schaefer
_____
Signature of Plaintiffs' Attorney

6/21/2013
_____
Date

**SERVICE OF SUMMONS BY THE CLERK**

This is an action described in 28 U.S.C. § 1581(c) commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2) or (3)).  Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only.  Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, New York 10278

Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C.  20005

Office of the Chief Counsel
 for Import Administration
U.S. Department of Commerce
14th & Constitution Avenue N.W.
Washington, D.C. 20230